*Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Felicia H. Dubrovsky* for the United States. ▇▇▇▇▇▇▇▇▇

No. 270. BLACKHAWK-PERRY CORPORATION *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied. *Wayne G. Cook* and *W. A. Sutherland* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Lee A. Jackson* and *Carlton Fox* for respondent. ▇▇▇▇▇▇▇▇
▇▇

No. 278. BROWN *v.* WATT CAR & WHEEL Co. C. A. 6th Cir. Certiorari denied. *Solicitor General Perlman* for petitioner. *Parker Fulton* for respondent. ▇▇▇▇
▇▇▇▇▇▇▇

No. 280. CAPITAL AIRLINES, INC. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Charles H. Murchison* and *William A. Carter* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Samuel D. Slade* and *Melvin Richter* for the United States. ▇▇▇▇▇▇▇▇▇▇

No. 294. CARMACK ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *J. B. Lewright* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *A. F. Prescott* for respondent. ▇▇▇▇▇

No. 305. FARINA ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Vine H. Smith* and *Peter L. F. Sabbatino* for petitioners. *Solicitor General Perlman, Assistant Attorney General McInerney, Irving S. Shapiro* and *Felicia H. Dubrovsky* for the United States. ▇▇▇
▇▇▇▇▇▇